AO 91 (Rev 8/01) Criminal Complaint

Case 7:16-mj-01857   Document 1   Filed in TXSD on 10/06/16   Page 1 of 1

United States District Court
Southern District of Texas
FILED

OCT - 6 2016

David J. Bradley, Clerk

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Candelario CEJA-Mendoza**
A092 858 903
YOB: 1953
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: M-16-1857-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____ October 5, 2016 _____ in _____ Hidalgo _____ County, in the _____ Southern _____ District of _____ Texas _____ defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____
I further state that I am a(n) _____ Customs and Border Protection Officer _____ and that this complaint is based on the following facts:

The defendant was apprehended at the Pharr Port of Entry import lot attempting to enter the United States illegally by eluding inspection. Upon being apprehended, the defendant admitted to being a citizen of Mexico and not in possession of any documentation that would allow him to enter, live, or work in the United States. He further admitted to his intentions of entering the United States illegally by avoiding inspection, as he was going climb over a perimeter fence. Record checks revealed the defendant was formally deported/removed from the United States to Mexico on 06/16/2008 through San Ysidro, California. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. The defendant is a citizen of Mexico and has no legal status in the United States. On 10/31/2001 the defendant was convicted of CONSP TO DIST AND PWITD METH and sentenced to 108 months confinement and 60 months Supervised Release Term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant

**Approved By: AUSA T. Trevino**

**Nidia Trevino**
Printed Name of Complainant

**October 6, 2016**     /0:/2 am at     **McAllen, Texas**
Date                                              City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer